1  Felicia Yu (SBN 193316)
   Email:    fyu@reedsmith.com
2  Raffi Kassabian (SBN 260358)
   Email:    rkassabian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:  +1 213 457 8000
5  Facsimile:  +1 213 457 8080

6  Attorneys for Defendant
   Synchrony Bank

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRIE MONEY, | No.: 5:15-cv-04614-PSG |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; CAPITAL ONE, NATIONAL ASSOCIATION; SYNCHRONY BANK; CITIBANK USA, NATIONAL ASSOCIATION AND DOES 1 THROUGH 100 INCLUSIVE, | |
| Defendants. | |

Plaintiff Terrie Money ("Plaintiff"), by counsel, and Defendant Synchrony Bank ("Synchrony"), by counsel, hereby informs this Court that Plaintiff and Synchrony have reached a settlement as to all matters raised by Plaintiff against Synchrony only in this action.  Plaintiff will file a stipulation of dismissal, dismissing his claims against Synchrony with prejudice once the settlement is consummated.

/ / /

/ / /

/ / /

/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

/ / /

                                      Respectfully submitted,

DATED: November 13, 2015        REED SMITH LLP
                                      By   */s/ Raffi Kassabian*

                                        Attorneys for Defendant
                                        Synchrony Bank

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the Signatories*

DATED: November 13, 2015

                                        SAGARIA LAW, P.C.

                                    By   */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff
                                        Terrie Money