United States District Court
Northern District of California

1
2
3        **UNITED STATES DISTRICT COURT**
4        **NORTHERN DISTRICT OF CALIFORNIA**
5        **SAN JOSE DIVISION**
6
7   TERRIE MONEY,                             Case No. 15-cv-04614-BLF
            Plaintiff,
8
            v.
9                                             **ORDER RESETTING HEARING DATE**
    EXPERIAN INFORMATION SOLUTIONS,
10  INC., et al.,
11          Defendants.
12
13       The Court RESETS the hearing date for Defendant Capital One Bank (USA), N.A.'s
14  motion to dismiss from January 14, 2016 at 9:00 a.m. to January 7, 2016 at 1:30 p.m.
15       **IT IS SO ORDERED.**
16  Dated: December 11, 2015
17                                            _____
                                              BETH LABSON FREEMAN
18                                            United States District Judge
19
20
21
22
23
24
25
26
27
28