SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TERRIE MONEY, <br><br> Plaintiff, <br><br> v. <br><br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 5:15-CV-04614-BLF <br><br> STIPULATION TO DISMISS DEFENDANT CITIBANK USA, NATIONAL ASSOCIATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Terrie Money and defendant CitiBank USA National Association ("CitiBank"), that CitiBank be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 27, 2016          Sagaria Law, P.C.

                                  By:      */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Terrie Money

DATED:  January 27, 2016          Law Offices of Michael D. Schulman


                                  By:      */s/ Michael Schulman*
                                              Michael Schulman
                                  Attorneys for Defendant
                                  CitiBank USA, National Association




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael Schulman has concurred in this filing.

*/s/ Elliot Gale*



## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant CitiBank is dismissed with prejudice.

IT IS SO ORDERED.



DATED:_____          _____

                                Beth L. Freeman

                                UNITED STATES DISTRICT JUDGE